# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RAYMOND SEBASTIAN PATILLO, | |
| Petitioner | No. 3:10-CV-1020 |
| v. | |
| RONNIE HOLT, et al., | (JUDGE CAPUTO) |
| Respondents | (MAGISTRATE JUDGE MANNION) |

## ORDER

**NOW** this 3rd day of April, 2012, upon review of the Report and Recommendation of Magistrate Judge Malachy E. Mannion (Doc. 8) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 8) is **ADOPTED.**

(2) Patillo's Petition for Writ of Habeas Corpus (Doc. 1) is **DISMISSED FOR LACK OF JURISDICTION.**

(3) The Clerk of Court is directed to mark this case as **CLOSED**.

A. Richard Caputo
United States District Judge