IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RAYMOND SEBASTIAN PATILLO,

Petitioner

v.

RONNIE HOLT, et al.,

Respondents

No. 3:10-CV-1020

(JUDGE CAPUTO)

(MAGISTRATE JUDGE MANNION)

## ORDER

**NOW** this 3rd day of April, 2012, upon review of the Report and Recommendation of Magistrate Judge Malachy E. Mannion (Doc. 8) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 8) is **ADOPTED.**

(2) Patillo's Petition for Writ of Habeas Corpus (Doc. 1) is **DISMISSED FOR LACK OF JURISDICTION.**

(3) The Clerk of Court is directed to mark this case as **CLOSED**.

A. Richard Caputo
United States District Judge